

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-15-00564-CV

JENAUHD M. BRADFORD, ANTOINE A. BROWN, DAVID A. CONAWAY, SHAWN T. DEVILLE, RAY A. FIELDS, DERRICK L. HENDERSON, JAMES M. JOHNSON, CURTIS LEE III, GUS PAIGE III, ANTHONY C. PRICE, MARTIN C. RHODES AND CEDRIC D. WARD,

Appellants

V.

PALLETIZED TRUCKING, INC. AND SAIA, INC., Appellees

Appeal from the 113th District Court of Harris County (Tr. Ct. No. 2012-30947).

This case is an appeal from the final judgment signed by the trial court on February 20, 2015. After due consideration, the Court **grants** the motion to dismiss the appeal filed by appellees. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.